

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
SEPTEMBER 28, 2021 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:21-cr-00177
    21 U.S.C. § 841(a)(1)

TREVOR WESLEY DAVIS

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE
(Distribution of Methamphetamine)

On or about December 11, 2019, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant TREVOR WESLEY DAVIS knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
### (Distribution of Methamphetamine)

On or about January 9, 2020, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant TREVOR WESLEY DAVIS knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
STEPHANIE S. TAYLOR
Assistant United States Attorney