IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:21-cr-177

TREVOR WESLEY DAVIS

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Stephanie S. Taylor, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:

s/Stephanie S. Taylor
STEPHANIE S. TAYLOR
Assistant United States Attorney
WV State Bar No. 9424
845 Fifth Avenue, Rm 209
Huntington, WV 25701
Telephone: 304-529-5799
Fax: 304-529-5545
Email: stephanie.taylor2@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 4th day of January, 2022, to:

>Lex Coleman
>Assistant Federal Public Defender
>300 Virginia Street East
>Charleston, WV  25301

>s/Stephanie S. Taylor
>STEPHANIE S. TAYLOR
>Assistant United States Attorney
>WV State Bar No. 9424
>845 Fifth Avenue, Rm 209
>Huntington, WV 25701
>Telephone:  304-529-5799
>Fax: 304-529-5545
>Email: stephanie.taylor2@usdoj.gov