**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

UNITED STATES OF AMERICA,

v.                                                    CRIMINAL ACTION NO. 3:21CR00177

TREVOR WESLEY DAVIS

## <u>MEMORANDUM OPINION AND ORDER</u>

Pending is Defendant, Trevor Wesley Davis' Motion for Early Termination of Supervised Release, filed June 30, 2026.

### I.

On June 13, 2022, following his guilty plea to distribution of 50 grams or more of methamphetamine, in violation of 21 U.S.C § 841(a)(1), Mr. Davis was sentenced to 50 months imprisonment, followed by a 4-year term of supervised release. [Doc. 40]. Mr. Davis began serving her term of supervision on December 19, 2023. He now moves for early termination of his supervised release inasmuch as he has maintained general compliance with the terms and conditions that govern his supervised release, maintained continuous employment, reestablished/maintained sobriety.

Mr. Davis' Probation Officer notes that he has remained generally compliant with one noted noncompliance with the terms and conditions imposed by the Court, re-established and maintained sobriety for approximately two years, and maintained employment He was also transferred to the low intensity supervision caseload given his consistent compliance. The

Probation Officer thus reports that Mr. Davis meets the criteria established by the Administrative Office of the United States Courts for early termination of supervised release.

## II.

Pursuant to 18 U.S.C. § 3583(e), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); *see also United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999).

After careful consideration of the applicable Section 3553(a) factors and the information provided by Mr. Davis' Probation Officer, the Court concludes that early termination of Trevor Wesley Davis' supervised release is warranted. Mr. Davis has completed approximately two-thirds of his supervised release term with only one noted noncompliance and has demonstrated his dedication to maintaining a law-abiding lifestyle. The Court **FINDS** that Mr. Davis' conduct and the interests of justice support early termination of her supervised release.

## III.

Accordingly, the Court **GRANTS** Trevor Wesley Davis' motion and **TERMINATES** Mr. Davis' supervised release term.

The Clerk is directed to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

Dated: _____7/20/26_____

_____
THE HONORABLE ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE